# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ADRIAN ALDON KEATON, | § | |
| #02295075 | § | |
| | § | Civil Action No. 4:23-cv-00575 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| KEITH A. MILKS, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 22, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #30) that *pro se* Plaintiff Adrian Aldon Keaton's claims and lawsuit against Defendants be dismissed pursuant to 28 U.S.C. §§ 1915A and 1915(e). Plaintiff filed Objections (Dkt. #31) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #31) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED**.

Specifically, the official-capacity claims against Judge Phillips and Brooks are **DISMISSED WITHOUT PREJUDICE**; the individual-capacity claims against Judge Phillips and Brooks are **DISMISSED WITH PREJUDICE**; and the claims against Haney, Dunn, Cardwell, and Richardson are **DISMISSED WITH PREJUDICE**. In addition, the following

claims are **DISMISSED WITH PREJUDICE**: (1) excessive-force; (2) retaliation; (3) bystander-liability; and (4) prosecutorial misconduct, ineffective assistance of counsel, and trial-court error until such time as Plaintiff can show that his conviction has been reversed, expunged, or otherwise set aside.

All relief not previously granted is **DENIED,** and the Clerk is directed to **CLOSE** this action.

**IT IS SO ORDERED**.

**SIGNED this 28th day of May, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE